Chris D. Barski (024321)
**BARSKI LAW PLC**
8700 E. Via de Ventura, Suite 140
Scottsdale, AZ 85258
(602) 441-4700
Fax: (602) 680-4305
cbarski@barskilaw.com
*Attorney for Debtor*

SO ORDERED.

Dated: May 23, 2019

*Daniel P. Collins* (signature)

**Daniel P. Collins, Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| DAWN GARRISON, | Case No. 2:18-bk-11908-DPC |
| Debtor. | **ORDER APPROVING FIRST APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES** |

On consideration of the First Application for Allowance and Payment of Attorneys' Fees filed by Barski Law PLC, it appearing that proper notice of the Application was given, and for other good cause appearing,

IT IS ORDERED allowing for attorney's fees to be paid from the Debtor's bankruptcy estate in the amount of $**5,200** as and for attorney's fees and costs.

**DATED AND SIGNED ABOVE**